**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

September 6, 2023

**By ECF and Email**
The Honorable Denny Chin
United States Circuit Judge
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re:   United States v. Eric Goldstein
      21-CR-550 (DC)

Dear Judge Chin:

Mr. Goldstein is released on a bond that restricts his travel to New York and New Jersey, as well as a few other states, with advance permission from Pretrial Services. He has been fully compliant with all conditions of release.

I write, with the consent of the government and Pretrial Services, to request that Mr. Goldstein's bond be modified to permit him to travel to Detroit, Michigan from September 11 to 13, 2023.

I thank the Court for its consideration.

Respectfully Submitted,

/s/
Kannan Sundaram
Assistant Federal Defender
(718) 330-1203

cc: Robert Polemeni
    Laura Zuckerwise
    Assistant U.S. Attorneys

    Andrew Abbott
    U.S. Pretrial Services

Approved.
So ORDERED.

USCJ
9-6-2023